# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**WILLIE B. SPARKMON**                               **PLAINTIFF/COUNTER DEFENDANT**

v.                                    **CASE NO. 2:08-CV-174 BSM**

**WELLS FARGO**                                      **DEFENDANT/COUNTER CLAIMANT**
**AUTO FINANCE, INC.**

## ORDER OF DISMISSAL

On September 11, 2009, the parties notified the court of settlement, asking that the case be dismissed with prejudice.

Accordingly, this case is dismissed with prejudice due to settlement.

IT IS SO ORDERED this 11th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE